# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MONDREA RENEE SCOTT,**
ADC #705480                                                                                   **PLAINTIFF**

v.                             Case No. 1:16-cv-00086 KGB/JTR

**ARKANSAS DEPARTMENT OF CORRECTION,**
McPherson Unit, *et al.*                                                                      **DEFENDANTS**

## ORDER

Before the Court are the Recommended Partial Dispositions ("Recommendations") from United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 6, 23). Plaintiff Mondrea Renee Scott filed objections to Judge Ray's first Recommendations (Dkt. No. 9), but she filed no timely objections to Judge Ray's second Recommendations. After review of Judge Ray's first Recommendations and the timely objections, as well as a *de novo* review of the record, this Court adopts Judge Ray's first Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 6). After review of Judge Ray's second Recommendations, this Court adopts Judge Ray's second Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 23).

It is therefore ordered that:

1. Ms. Scott may proceed with her due process and equal protection claims against separate defendants James Banks, Darryl Golden, and Dexter Payne in their individual capacities.

2. The Court dismisses with prejudice Ms. Scott's claims against Mr. Banks, Mr. Golden, and Mr. Payne in their official capacities.

3. The Court dismisses with prejudice Ms. Scott's claims against separate defendant Arkansas Department of Correction ("ADC").

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of October, 2017.

_____
Kristine G. Baker
United States District Judge