# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MONDREA RENEE SCOTT**                                            **PLAINTIFF**

v.                          Case No. 1:16-cv-00086-KGB/JTR

**JAMES BANKS,**
**Warden, Grimes Unit,** *et al*.                                  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 80). The Recommended Disposition recommends the denial of defendants James Banks and Darryl Golden's motion for summary judgment and plaintiff Mondrea Scott's motion for summary judgment (Dkt. Nos. 52, 60, 69). No objections to the Recommended Disposition have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 80). The Court denies Ms. Scott's motion for summary judgment (Dkt. Nos. 52, 60). The Court also denies Mr. Banks and Mr. Golden's motion for summary judgment (Dkt. No. 69).

It is so ordered this 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge