IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MONDREA RENEE' SCOTT**                                                                       **PLAINTIFF**

v.                                    Case No.  1:16-cv-00086 KGB

**ARKANSAS DEPARTMENT
OF CORRECTIONS,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

This matter came for trial by jury on the 14th and 15th days of December, 2021.  Plaintiff Mondrea Reneé Scott appeared with her attorney Reggie Koch.  Defendants James Banks and Darryl Golden appeared with their attorneys William C. Bird, III and Kesia Morrison.  All parties announced ready for trial.  A jury of twelve was selected and sworn.

On December 15, 2021, the jury returned verdicts in favor of Mr. Banks and Mr. Golden (Dkt. No. 123).  Judgment is therefore entered in favor of Mr. Banks and Mr. Golden.

It is so ordered, this 14th day of February, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge